1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2  Michael J. Manning, Esq. (State Bar No. 286879)
   Craig G. Cote, Esq. (State Bar No. 132885)
3  **MANNING LAW, APC**
4  4667 MacArthur Blvd., Suite 150
   Newport Beach, CA 92660
5  Office: (949) 200-8755
6  Fax: (866) 843-8308
   ADAPracticeGroup@manninglawoffice.com
7
8  Attorneys for Plaintiff CARMEN JOHN PERRI

9              UNITED STATES DISTRICT COURT
10
               CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 2:18-cv-05765-PJW |
| Plaintiff, | Hon. Patrick J. Walsh |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (LOCAL RULE 8-3)** |
| THE GARDEN THAI RESTAURANT, a business of unknown form; MANHATTAN BEACH TRIANGLE LLC, a California Limited Liability Company; and DOES 1-10, inclusive, | Complaint Filed: June 29, 2018
Trial Date: None Set |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
1

1  **THE UNDERSIGNED PARTIES STIPULATE** through their respective
2  counsel, pursuant to Local Rule 8-3, that Defendant MANHATTAN BEACH
3  TRIANGLE LLC, a California Limited Liability Company shall be granted an
4  extension of time of thirty (30) days in which to respond to Plaintiff's initial
5  Complaint in this action up through and including August 26, 2018.
6      This is the first extension of time to respond to Plaintiff's initial complaint
7  and does not extend the time to respond for more than 30 days from the date the
8  response would initially have been due, so it does not need to be approved by the
9  Court.
10     IT IS SO STIPULATED.
11 ///
12
13 ///
14
15 ///
16
17 ///
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

2

| | | |
|---|---|---|
| 1 | Dated: July 20, 2018 | **MANNING LAW, APC** |
| 2 | | |
| 3 | | By:  /s/ *Craig G. Cote, Esq.* |
| 4 | | Craig G. Cote, Esq. |
| | | Michael J. Manning, Esq. |
| 5 | | Joseph R. Manning, Jr., Esq. |
| 6 | | Attorneys for Plaintiff |
| 7 | | |
| 8 | | |
| 9 | Dated: July 20, 2018 | By:  /s/ |
| 10 | | Brad Scott |
| 11 | | |
| | | In Pro Per |
| 12 | | |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

3