1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE GARDEN THAI RESTAURANT, a business of unknown form; MANHATTAN BEACH TRIANGLE LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-05765-PJW<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**Complaint served: July 5, 2018**<br>**Current resp date: July 26, 2018**<br>**New response date: August 26, 2018** |

[PROPOSED] ORDER
**EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

1
2  After consideration of the stipulation of the parties and good cause appearing,

3  IT IS HEREBY ORDERED that the deadline for Defendant's Answer to the
4      Complaint shall be extended until August 26, 2018.

5  DATED:

6

7  _____
        **Honorable Patrick J. Walsh,**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28